BRIDGET CONROY, as Administratrix of the Estate of MICHAEL
CONROY, Deceased, Appellant, *v.* SAMUEL I. ACKEN et al.,
Respondents, Impleaded with Another.

*Conroy* v. *Acken*, 110 App. Div. 48, affirmed.
(Argued May 8, 1906; decided May 22, 1906.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
December 29, 1905, which reversed a judgment in favor of
plaintiff entered upon a verdict directed by the court and an
order denying a motion for a new trial, and granted a new
trial in an action to recover for the death of plaintiff's
intestate alleged to have been caused by the negligence of
defendants.

*Albert A. Wray* and *Burton W. Gibson* for appellant.

*L. Sidney Carrère* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts, on the ground that the defendants' negligence was a question of fact for the jury; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and HISCOCK, JJ. Not sitting: WILLARD BARTLETT, J.